COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-451-CV

SINGER ASSET FINANCE COMPANY, L.L.C. APPELLANT

V.

SYLVESTER BURNS, JR. APPELLEE

----------

FROM THE 141
ST
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Agreed Motion to Set Aside Trial Court’s Judgment and to Remand,” which states that they have settled their dispute.  The motion is 
GRANTED.
  We set aside the trial court’s judgment without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties’ settlement agreement.  
See
 
Tex. R. App. P.
 42.1(a)(2)(B); 
Innovative Office Sys., Inc. v. Johnson,
 911 S.W.2d 387, 388 (Tex. 1995).

Appellant Singer Asset Finance Company, L.L.C. shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P.
 42.1(d).

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  December 21, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.